**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Michael Christopher Moore v. The State of Texas

Appellate case number:  01-19-00786-CR

Trial court case number:  1505997D

Trial court:  213th District Court of Tarrant County

Appellant's court-appointed counsel, John W. Stickels, filed a motion to withdraw and an appellate brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). On January 31, 2020, appellant, Michael Christopher Moore, acting pro se, filed a motion to obtain copies of the clerk's record and the reporter's record "for use in preparing his pro se response to counsel's brief." Appellant also requested an extension of time in which to file his response to Stickels's *Anders* brief.

The Court **grants** appellant's motion requesting the record and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                    Acting individually

Date:  February 6, 2020